*E-Filed: June 23, 2014*

1  MICHAEL A. HOROWITZ (#151239)
   HABBAS, NASSARI & ASSOCIATES
2  675 N. First Street, Suite 100
   San Jose, CA 05112
3  Telephone Number: (408) 278-0480
   Facsimile: (408) 278-0488
4
   Attorneys for Plaintiff
5  CYNTHIA MANA-AY

6
   GAIL C. TRABISH, ESQ. (#103482)
7  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
8  555 12th Street, Suite 1800
   Oakland, CA  94604-2925
9  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
10
   Attorneys for Defendant
11 TARGET CORPORATION

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MANA-AY                ) | Case No.: C14-02049HRL |
|                                ) | |
|         Plaintiffs,            ) | **STIPULATION TO LIMIT DAMAGES** |
|                                ) | **AND REMAND TO STATE COURT;** |
| vs.                            ) | **[PROPOSED] ORDER** |
|                                ) | |
| TARGET CORPORATION and Does 1-20 ) | |
|                                ) | |
|         Defendants.            ) | |
|                                ) | Complaint Filed: March 13, 2014 |
|                                ) | |

    Plaintiff CYNTHIA MANA-AY and her counsel, Michael A. Horowitz, Esq. of Habbas, Nassari & Associates and Defendant TARGET CORPORATION through its counsel, Gail C. Trabish, Esq of Boornazian, Jensen & Garthe agree as follows:

    1.    Plaintiff agrees not to seek damages for, nor collect any judgment in excess of $74,999.99, exclusive of interest and costs, in this action.

-1-

1      2.    The Federal Court no longer having jurisdiction of this claim, the parties agree that
2  the matter be remanded to state court for all further proceedings.
3      3.    Plaintiff's agreement to limit his claim for damages will be binding in the state
4  court action after remand.

DATED: June 5, 2014              By: ___/s/ Cynthia Mana-Ay_____
                                                CYNTHIA MANA-AY
                                               Plaintiff

DATED: June 5, 2014              HABBAS, NASSARI & ASSOCIATES

                                        By: ___/s/ Michael A. Horowitz_____
                                        MICHAEL A. HOROWITZ, ESQ.
                                         Attorney for Plaintiff
                                         CYNTHIA MANA-AY

DATED: May 2, 2014              BOORNAZIAN, JENSEN & GARTHE
                                        A Professional Corporation

                                        By: ___/s/ Gail C. Trabish_____
                                        GAIL C. TRABISH, ESQ.
                                        Attorneys for Defendant
                                        TARGET CORPORATION

1
2                                  **ORDER**
3        Pursuant to the stipulation of the parties,
4        IT IS HEREBY ORDERED:
5        1.   The above-captioned matter is remanded to Santa Clara County Superior
             Court.
6
7
    DATED:  June 23, 2014
8
9                                          By: _____ 
                                               U.S. MAGISTRATE JUDGE
10                                             HOWARD R. LLOYD
11
12  GCT01\655503
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

STIPULATION TO LIMIT DAMAGES AND REMAND TO STATE COURT – Case No.  C14-02049HRL